HERRICK

**David R. King**
**Partner**
Phone: 973.274.2002
Fax: 973.274.6407
dking@herrick.com

March 9, 2026

**VIA E-FILING**

Honorable Joseph A. Marutollo, U.S.M.J.
United States District Court for
the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Susan Perkins v. PIM Brands USA, Inc.**
**Case No. 1:25-CV-2280-NGG-JAM**

Dear Magistrate Judge Marutollo:

Please accept this letter as the joint status report required under the Your Honor's February 25, 2026 text order. The parties met and conferred concerning attorneys' fees and costs, and have fully resolved the issue. We thank the Court for its attention to the District Court's order.

Respectfully submitted,

*/s/ David R. King*

David R. King

cc: Spencer Sheehan, Esq. (via e-filing)