UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN PERKINS, individually and on behalf of all others similarly situated, Plaintiff, - against - PIM BRANDS USA INC., Defendant | 1:25-cv-02280-NGG-JAM<br><br>**STIPULATION OF DISCONTINUANCE AS TO PLAINTIFF'S OPEN MOTION FOR ATTORNEY FEES DATED FEBRUARY 25, 2026** |

Plaintiff and Defendant, through counsel, stipulate that Plaintiff's Motion for Attorney Fees against Defendant, dated February 25, 2026, in this lawsuit should be discontinued with prejudice.

Dated: April 8, 2026

Herrick, Feinstein LLP

/s/ David King
David King
2 Park Ave
New York NY 10016
Tel: (212) 592-1400
dking@herrick.com

*Attorneys for Defendant Pim Brands USA Inc.*

Sheehan & Associates, P.C.

/s/ Spencer Sheehan
Spencer Sheehan
60 Cuttermill Rd Ste 412
Great Neck, NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com

*Attorneys for Plaintiff*

**So Ordered.**

s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 4/9/26